ORIGINAL

Southern District of New York
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                         :
UNITED STATES OF AMERICA                 :
                                         :   Docket # 22MAG632
     -against-                           :
                                         :   ORDER
Ramell Benjamin                          :
                                         :
          Defendant                      :
                                         :
----------------------------------------X

Barbara C. Moses, United States Magistrate Judge:

Upon the application of Pretrial Services and consent of both parties, it is hereby ORDERED that the defendant's bail be modified to include the following additional conditions of release:

1. Surrender all firearms to a licensed and legal gun owner or to local law enforcement

2. Surrender all firearms licenses to Pretrial Services

Dated: New York, New York
March 24, 2022

SO ORDERED:

_____
Barbara C. Moses
U.S. Magistrate Judge